AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HAYNES, William J., Jr. | U.S. District Court Middle District of Tennessee | 5-12-05 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge- Active | ___ Nomination, Date ___  ___ Initial  ✓ Annual  ___ Final | January 1, 2004 to December 31, 2004 |

| 7. Chambers or Office Address Rm A845 U.S. Courthouse 8th & Broadway Nashville, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Co-Guardian | █████ Member |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☒ NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS |
|---|---|---|---|

**A. Filer's Non-Investment Income**

| | DATE | SOURCE AND TYPE | GROSS |
|---|---|---|---|
| | ☒ NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| | ☒ NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAYNES, William J., Jr. | 5-12-05 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | [X] NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | [X] NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | [ ] NONE (No reportable liabilities.) | | |
| 1 | Sallie Mae | College Loan | K |
| 2 | Sallie Mae Services | College Loans | L |
| 3 | American Express | Credit Card | J |
| 4 | Citibank | College Loans | K |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

| Name of Person Reporting | Date of Report |
|---|---|
| HAYNES, William J., Jr | 5-12-05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) See Section VIII | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

As reflected in Section I and the attached letter, I was a co-guardian for a ▓▓▓▓ member who died in January 2004. The co-guardianship ended upon his death. The sources of the assets of that guardianship are reflected in the attached letter with three exceptions. First, the amounts actually received from these sources were limited due to his death in early January. The decedent's income in his bank account for 2004 is listed below. Second, the residence in paragraph 4 of the letter was valued by the executrix of the estate at $61,680 that appears to be based upon a tax appraisal of that property. Third, the assets in the decedent's bank account in 2004 according to the executrix's report falls within Code C. The letter format is used because of the nature of his assets and my uncertainty as to the classification of these assets as to dividend or interest and gross value codes.

I was advised by a representative of Shepards-McGraw Hill that an earlier edition of a book for which I was a contributing author was reissued on a new edition. This agreement was reflected on my 1993 Report. I did not perform any work nor received any compensation or reimbursement and my earlier agreement with the publisher expired

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    Date    5-12-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**United States District Court**
*Middle District of Tennessee*
A845 United States Courthouse
Nashville, TN 37203

William J. Haynes, Jr.
United States District Judge

Office: (615) 736-7217
Fax: (615) 736-5285

August 25, 2004

Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle
Washing, D.C. 20544

FINANCIAL
DISCLOSURE OFFICE
Aug 26 10 26 AM '04
RECEIVED

Dear Judge Lisi:

This letter responds to your letter of July 27, 2004 for information for Part VII of my 2003 report concerning my co-guardianship for a █████ member. Your letter stated that I can respond by letter.

The assets and income for this guardianship are as follows:

1.  A monthly benefit from the Public Employees Retirement Fund of Nevada that had a gross income for Column B at the end of the reporting year at Income Code E, $15,001 to 50,000 that is dividend or interest, but I am not certain. I do not know the Gross Value for Column C.

2.  A monthly benefit form the Southern Nevada Culinary and Bartender's Fund that had a gross income for Column B at the end of the reporting year at Income Code B, $1,000 to $2,500 that is dividend or interest, but I am not certain. I do not know the Gross Value for Column C.

3.  A monthly Social Security benefit that had a gross income for Column B at the end of the reporting year at Income Code E, $15,001 to 50,000 that is dividend or interest, but I am not certain. I do not know the Gross Value for Column C.

4.  A personal residence in Clark County, Nevada that in 2003 for Column C at the end of the reporting period had a value Code L, $50,000 to $100,000 with a Value Code Q that is based upon the last appraisal. The residence did not have any income and remained in need of repairs.

5.  ███████ acres in Bastrop County, Texas that for the end of the reporting year had a value code M, $100,000 to 250,000 based upon the Value Method Code Q, a tax appraisal by county authorities. The title to this property has my █████ member and a █████ as co-owners and there is a trust agreement that covers this property. To my knowledge, the

trust is inactive and there was no income to the guardianship for the reportable year.

6.  The total value code for the guardianship for the reporting year is Code M, $100,001 to 250,000.

At a staff member's request, I inform the Committee that the ████████ member for this guardianship died in early January of this year.

I had reported this co-guardianship for the past several years without inquiry. I did not believe these matters to be reportable. Prior to my filing of the 2003 report, I spoke with a member of the Committee staff as to whether the above information was reportable and was advised that the information did not have to be reported. If the Committee has any questions or needs additional information, please do not hesitate to contact me.

I thank the Committee for its letter.

Sincerely,

William J. Haynes, Jr.
(615) 736-7217